WILLIAM FERNSCHILD, Appellant, *v.* D. G. YUENGLING BREWING COMPANY, Respondent.

Reported below, 15 App. Div. 29.
(Argued October 18, 1897; decided October 26, 1897.)

MOTION to substitute the receiver of the D. G. Yuengling Brewing Company as sole defendant herein, in place of the D. G. Yuengling Brewing Company dissolved, and also to prefer, under section 791, subdivisions 4, 5, of the Code of Civil Procedure, and under section 10, chapter 378, Laws of 1883, an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 9, 1897, which reversed a judgment of

the Appellate Term of the Supreme Court in the city of New York in favor of plaintiff, and affirmed a judgment of the General Term of the City Court of New York, in favor of defendant.

*Forster, Hotaling & Klenke* for motion.

*Moses Weinman* opposed.

Motion granted.